IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

**FILED IN CLERK'S OFFICE**
U.S.D.C. - Atlanta

AUG - 8 2011

JAMES N. HATTEN, Clerk
By: Denza Bankhead
Deputy Clerk

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INFORMATION |
| v. | : | |
| | : | NO. 1:11-CR-379 |
| HECTOR XAVIER MONSEGUR | : | |
| a/k/a Sabu | : | ▬▬▬▬▬▬ |
| a/a/a Xavier DeLeon | : | |
| a/k/a Leon | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about June 3, 2011, the exact date being unknown to the government, in the Northern District of Georgia, the Southern District of New York, and elsewhere, the defendant,

HECTOR XAVIER MONSEGUR
a/k/a Sabu
a/k/a Xavier DeLeon
a/k/a Leon,

aided, abetted, and assisted by others known and unknown to the government, willfully and knowingly caused the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally and without authorization caused damage to a protected computer which is used in and affecting interstate and foreign commerce, and thereby caused loss to one or more persons during a one-year period aggregating at least $5,000 in value, to wit, the defendant, HECTOR XAVIER MONSEGUR, while using a computer located in New York, New York, together with others, accessed

without authorization a computer server in Englewood, Colorado and elsewhere belonging to the Atlanta, Georgia chapter of the Infragard Members Alliance, an information sharing partnership between the Federal Bureau of Investigation and private industry, and stole confidential information and caused at least $5,000 in damage, all in violation of Title 18, United States Code, Sections 1030(a)(5)(A), 1030(c)(4)(B)(i), and 2.


SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

DAVID M. CHAIKEN
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6000
Georgia Bar No. 118618

2