**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG - 8 2011

JAMES N. HATTEN, Clerk
By: _Denya Bankhead_
Deputy Clerk

DIVISION _Atlanta_
(USAO 2011R00934)

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT

COUNTY NAME: _Fulton_

DISTRICT COURT NO. _1:11-CR-379_

MAGISTRATE CASE NO. ___

__ Indictment     _X_ Information     __ Magistrate's Complaint

DATE: ___     DATE: 8/8/11     DATE: ___

UNITED STATES OF AMERICA
vs.
**JOHN DOE**

SUPERSEDING

Prior Case No. & Date Filed ___

VIOLATION:

COUNTS CHARGED:
(as to deft)

TOTAL COUNTS:
(as to deft)

GREATER OFFENSE CHARGED:
_X_ Felony     __ Misdemeanor

**DEFENDANT:**

IS NOT IN CUSTODY:

1. __ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges ___
2. __ Fugitive.
3. _X_ Is on bail or release from (district, state & date):
   _SDNY_

DATE OF ARREST: ___
Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: ___
Are there any outstanding warrants in this proceeding __ Yes __ No
Date: ___     Issued by: ___

IS IN CUSTODY:

4. __ On this charge.
5. __ On another conviction.
6. Awaiting trial on other charges __ Yes __ No
   ___ Federal     __ State
   If Yes, show name of institution ___
   Has detainer been filed __ Yes     __ No
   If Yes, give date ___

ADDITIONAL INFORMATION OR COMMENTS:

MAGISTRATE:
JUDGE:
A.U.S.A.: _David M. Chaiken_
DEFT'S ATTY:

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY
BY: _David M. Chaiken_
Assistant United States Attorney

DATE: _8/8/11_

4