FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 0 8 2011

JAMES N. HATTEN, CLERK
By: Chantler
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :     WAIVER OF INDICTMENT

            - v. -                    :

HECTOR XAVIER MONSEGUR,               :     11 CRIM 666
    a/k/a "Sabu,"
    a/k/a "Xavier DeLeon,"            :     1:11-cr-379
    a/k/a "Leon,
                                      :
            Defendant.
- - - - - - - - - - - - - - - - x

    HECTOR XAVIER MONSEGUR, a/k/a "Sabu," a/k/a "Xavier DeLeon," a/k/a "Leon," the defendant, who is accused of violating:

    1.  In the Southern District of New York, Title 18, United States Code, Sections 1030(b), 1030(a)(5)(A), 1030(a)(4), 1030(c)(4)(B)(i), 1030(c)(3)(A), 1029(b)(2), 1349, 1028A, and 2;

    2.  In the Eastern District of California, Title 18, United States Code Sections 1030(a)(5)(A), 1030(c)(4)(B)(i), and 2;

    3.  In the Central District of California, Title 18, United States Code, Sections 1030(a)(5)(A), 1030(c)(4)(B)(i), and 2;

    4.  In the Eastern District of Virginia, Title 18, United States Code, Sections 1030(a)(5)(A), 1030(c)(4)(B)(i), and 2;

5.   In the Northern District of Georgia, Title 18, United States Code, Sections 1030(a)(5)(A), 1030(c)(4)(B)(i), and 2;

being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment in each of the foregoing districts and consents that the proceedings in each of the foregoing districts may be by information instead of by indictment.

The defendant further waives any right to a personal appearance, including an initial appearance pursuant to Federal Rule of Criminal Procedure 5, in each of the districts identified in subsections (2) through (5), above, with the understanding that the charges in each of those districts will be transferred, pursuant to Federal Rule of Criminal Procedure 20, to the Southern District of New York.

2

The defendant further waives any right he may have to separately appointed counsel in each of the districts identified in subsections (2) through (5), above, and consents to proceeding through Federal Defenders of New York, Inc., the attorneys appointed in the Southern District of New York to represent the defendant.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
        August 5, 2011

3