In the United States District Court

for the _____ Northern _____ District of Georgia _____

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG - 8 2011

JAMES N. HATTEN, Clerk
By: Denise Bankhead
Deputy Clerk

United States of America

v.

_Hector X. Monsegur_

Criminal No.

1: 11-CR-379

Consent to Transfer of Case

for Plea and Sentence

*(Under Rule 20)*

I, Hector X. Monsegur _____, defendant, have been informed that an _____ Information _____ (*indictment,
information, complaint*) is pending against me in the above designated cause. I wish to plead _____ guilty _____
(*guilty, nolo contendere*) to the offense charged, to consent to the disposition of the case in the _____ Southern _____
District of New York _____ in which I _____ am under arrest _____ (*am under arrest, am held*) and to waive
trial in the above captioned District.

Dated: August 5th _____ , 19 2011 at New York, NY _____

_____
(*Defendant*)

_____
(*Witness*)

_____
(*Counsel for Defendant*)

Approved

_____  (for Sally Yates)     8/8/11
Sally Quillian Yates
United States Attorney for the

Preet Bharara / By James Pastore
Preet Bharara
United States Attorney for the

FORM OBD-101   Formerly USA-18
8-27-74

# RULE 20—TRANSFER NOTICE

| TO.<br>Sally Quillian Yates, USA, NDGA<br>By: David Chaiken, AUSA | DISTRICT<br>NDGA | DATE<br>August 4, 2011 |
|---|---|---|
| NAME OF SUBJECT<br>Hector X. Monsegur | STATUTE VIOLATED<br>18 USC 1030 | FILE DATA (month and Number)<br>11 Cr. 666 (LAP) |

## PART A—DISTRICT OF ARREST

[X] The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district.   Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

[ ] Enclosed is certified copy of waiver of indictment executed by defendant.   Kindly file criminal information and forward two certified copies thereof.

[X] Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest.   Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20.   Docket No: 11 Cr. - 379

[ ] Other (Specify):

[ ] The above-named defendant entered a plea of guilty under Rule 20.
DATE OF PLEA        DATE OF SENTENCE        SENTENCE

| FROM (Signature and Title)<br>Preet Bharara, U.S. Attorney, SDNY<br>By: James Pastore, AUSA | ADDRESS<br>One St. Andrew's Plaza<br>New York, NY 10007 |
|---|---|

## PART B—DISTRICT OF OFFENSE

[X] I am agreeable to Rule 20 disposition.

[ ] I am not agreeable to Rule 20 disposition.   Defendant's appearance is desired at
on                  at                  o'clock.
(Kindly notify me of any anticipated delay.)

[X] Enclosed are two certified copies of indictment or information.   Docket No. 1:11-CR-379

[ ] Please have defendant execute waiver of indictment.

[ ] Other (Specify):

| SIGNATURE (Name and Title)<br>Sally Quillian Yates, USA, NDGA<br>By: David Chaiken, AUSA | DISTRICT<br>NDGA | DATE<br>8/8/11 |
|---|---|---|

See United States Attorneys Manual, Title 3, pp. 11-16.2 and United States Attorneys Bulletin (Appendix) Vol 9, No. 20, October 6, 1961, for an explanation of procedure under Rules 7 and 20, Federal Rules of Criminal Procedure.   See also Title 4, p. 44.1, United States Attorneys Manual.

DOJ