ORIGINAL
FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR 12 2012

JAMES N. HATTEN, Clerk
By: ~~~~~~~~ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INFORMATION |
| v. | : | |
| | : | NO. 1:11-CR-379 |
| HECTOR XAVIER MONSEGUR | : | |
| a/k/a Sabu | : | |
| a/a/a Xavier DeLeon | : | |
| a/k/a Leon | : | |

## MOTION TO UNSEAL RULE 20 PAPERS AND TO TERMINATE "JOHN DOE" DOCKETING

Comes now the United States of America, by and through counsel, Sally Quillian Yates, United States Attorney, and David M. Chaiken, Assistant United States Attorney for the Northern District of Georgia, and respectfully files this Motion to Unseal Rule 20 Papers and to Terminate "John Doe" Docketing, showing the Court as follows:

1.

On March 6, 2012, the United States Attorney's Office for the Southern District of New York moved to unseal the charges against Defendant that were transferred by this Court to the Southern District of New York pursuant to Rule 20 of the Federal Rules of Criminal Procedure, in conjunction with the unsealing of an indictment against Defendant and a separate indictment against other members of LulzSec and Anonymous, and announced the charges to the public. *See U.S. v. Hector*

*Xavier Monsegur*, 11-CR-666-LAP (S.D.N.Y.), *U.S. v. Ryan Ackroyd et al.*, 1:12-CR-185 (S.D.N.Y.); *Six Hackers in the United States and Abroad Charged for Crimes Affecting More than One Million Victims*, U.S. Department of Justice Press Release (March 6, 2012). Further, the U.S. District Court for the Southern District of New York unsealed all of the previously sealed Rule 20 papers transferred by this Court to the Southern District, including the Consent to Transfer Case, Criminal Information No. 1:11-CR-379 (N.D. Ga.), Rule 20 Transfer Notice, Motion to Seal, Order granting same, and Defendant Information Sheet, all filed on August 8, 2011. *See U.S. v. Monsegur*, 11-CR-695-LAP (S.D.N.Y.), Docket Nos. 1-3. Accordingly, the justification for sealing the above-captioned Rule 20 pleadings and for docketing the case to protect Defendant's identity no longer remains.

2.

The government therefore respectfully requests that this Court enter an order (1) unsealing the Rule 20 papers that are still under seal in this case (docket entries 1-6), and (2) terminating "John Doe" docketing and docketing the case to reflect Defendant's name and the name of any pleadings or orders that have been filed in the case.

3.

The government respectfully requests that the remaining documents filed in this case (with the exception of this Motion and any ensuing Order) remain under seal as previously ordered because the reasons for such sealing remain.

Respectfully submitted, this 12th day of March, 2012.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

DAVID M. CHAIKEN
ASSISTANT UNITED STATES ATTORNEY

600 U.S. Courthouse
75 Spring St., S.W.
Atlanta, GA  30303
(404)581-6000
(404)581-6181 (Fax)

Georgia Bar No. 118618